**Masayuki Yamaguchi**, OSB No. 091629
yamaguchim@lanepowell.com
**Darin M. Sands**, OSB No. 106624
sandsd@lanepowell.com
**Hans N. Huggler**, OSB No. 144993
hugglerh@lanepowell.com
LANE POWELL PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Petitioner Kabushiki Kaisha Too Marker Products, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **KABUSHIKI KAISHA TOO MARKER PRODUCTS, INC.**, a foreign corporation existing under the laws of Japan,<br><br>Petitioner,<br><br>v.<br><br>**IMAGINATION INTERNATIONAL, INC.**, an Oregon corporation, **JOHN DARLAND, HILLARY DARLAND**, and **TAKUMA TAKAHARA**, as shareholders of **IMAGINATION INTERNATIONAL, INC.**,<br><br>Respondents. | Case No. 6:19-cv-00237-MK<br><br>**STIPULATED ORDER ON MOTION TO COMPEL ARBITRATION** |

Petitioner Kabushiki Kaisha Too Marker Products, Inc. ("TMP") and Respondents, and each of them, by and through their respective counsel, hereby stipulate as follows:

1. The stipulating parties agree to arbitrate all current claims between each other including all current claims arising out of the exclusive distribution agreement, out of the business relationship between TMP and Imagination International, Inc. and/or out of the corporate

PAGE 1 -   STIPULATED ORDER ON MOTION TO COMPEL ARBITRATION

relationship between the parties. All current disputes between the parties, including all claims raised in the federal actions, must be pursued in arbitration, if at all;

2. That arbitration shall take place in Oregon, through the ICC, applying Oregon law;

3. Respondents shall promptly dismiss Defendant Ishii in *Imagination International, Inc., et al. v. Kabushiki Kaisha Too Marker Products, Inc., et al.*, Case No. 6:19-cv-00203-MK. Respondents agree that no claims will be brought against him by the Respondents;

4. Aside from the claim against Defendant Ishii, which will be dismissed, the parties shall file a stipulated motion to stay the claims raised in *Imagination International, Inc., et al. v. Kabushiki Kaisha Too Marker Products, Inc., et al.*, Case No. 6:19-cv-00203-MK, pending arbitration.

5. The parties disagree about the appropriate number of arbitrators, and will address that disagreement in the arbitration.

6. This action is hereby DISMISSED without fees and costs to any party.

IT IS SO STIPULATED.

LANE POWELL PC

DATED: June 7, 2019          By s/ Hans N. Huggler
                              Masayuki Yamaguchi, OSB No. 091629
                              Darin M. Sands, OSB No. 106624
                              Hans N. Huggler, OSB No. 144993
                              Telephone: 503.778.2100
                              Attorneys for Petitioner Kabushiki Kaisha
                              Too Marker Products, Inc.

GAYDOS, CHURNSIDE & BALTHROP, PC

DATED: June 7, 2019          By s/ Donald J. Churnside
                              Donald J. Churnside, OSB No. 791876
                              Nicholas R. Balthrop, OSB No. 153110
                              Telephone: 541.343.8060
                              Attorneys for Respondent Imagination
                              International, Inc.

IT IS SO ORDERED.
DATED: 6/13/19

The Honorable Mustafa T. Kasubhai

PAGE 2 - STIPULATED ORDER ON MOTION TO COMPEL ARBITRATION